# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| ANNIE D. ELLISON, | |
| Plaintiff, | |
| vs. | 2:19-cv-01137-JCM-DJA |
| AMERICAN HOMES 4 RENT, LP, | **ORDER** |
| Defendant. | |

Before the court is Defendant's Motion to Stay Early Neutral Evaluation Session (ECF NO. 21).

Accordingly,

IT IS HEREBY ORDERED that any opposition to Defendant's Motion to Stay Early Neutral Evaluation Session (ECF NO. 21) must be filed on or September 5, 2019. No reply needed.

DATED this 30th day of August, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE