# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| ANNIE D. ELLISON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>AMERICAN HOMES 4 RENT, LP,<br><br>　　　　Defendant. | 2:19-01137-JCM-DJA<br><br>**ORDER** |

　　　　Before the court is Defendant's Motion to Stay Early Neutral Evaluation Session (ECF NO. 21).

　　　　Plaintiff filed a Non-Opposition to Defendant's Motion to Stay Early Neutral Evaluation Session (ECF NO. 24).

　　　　Accordingly,

　　　　IT IS HEREBY ORDERED that Defendant's Motion to Stay Early Neutral Evaluation Session (ECF NO. 21) is GRANTED.

　　　　IT IS FURTHER ORDERED that the Early Neutral Evaluation Session scheduled for September 11, 2019, is VACATED.

　　　　DATED this 4th day of September, 2019.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE