ERIC DOBBERSTEIN, ESQ.
Nevada Bar #3712
eric@dobbersteinlaw.com
DOBBERSTEIN LAW GROUP
9480 S. Eastern Ave., Suite 252
Las Vegas, Nevada 89123
Tel: 702-430-8900
Fax: 702-995-7005

JOB J. MILFORT, ESQ., *Pro Hac Vice*
job@pmlawteam.com
PRIOLEAU, MILFORT & RIVERS, LLC
3800 Camp Creek Parkway
Building 1800, Suite 124
Atlanta, Georgia 30331
Tel: (404) 681-4886
Fax: (404) 920-3330

*Attorneys for Plaintiff Annie D. Ellison*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANNIE D. ELLISON,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN HOMES 4RENT, LP<br><br>Defendants. | Case No.: 2:19-CV-01137-JCM-DJA<br><br>Judge: Hon. James C. Mahan<br>Magistrate Judge: Hon. Daniel J. Albregts<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSIVE PLEADING TO DEFENDANT'S MOTION TO COMPEL ARBITRATION AND TO DISMISS PURSUANT TO RULE 12(B)(1) OR, ALTERNATIVELY TO STAY LITIGATION PENDING THE ARBITRATION**<br><br>**[FIRST REQUEST]** |

Plaintiff ANNIE D. ELLSON ("Plaintiff") and Defendant AMERICAN HOMES 4 RENT, LP ("Defendant") by and through their undersigned counsel, hereby agree and stipulate for an additional extension of time for Plaintiff to file a responsive pleading to Defendant's Motion to Compel Arbitration and to Dismiss Pursuant to Rule 12(b)(1) or, Alternatively to Stay Litigation Pending the Arbitration (Document #23) from the current deadline of September 17, 2019, up to and including **October 1, 2019**. Based upon the Plaintiff counsel's current schedule, he is unable

1

| | |
|---|---|
| 1 | to adequately prepare Plaintiff's response to said Motion by the current deadline. |
| 2 | On September 12, 2019, counsel for Defendant agreed to such extension. This is the first |
| 3 | request for an extension of time for Plaintiff to respond to the said Motion. This request is made in |
| 4 | good faith and not for the purpose of delay. |

Dated: September 12, 2019

Respectfully submitted,

_____
ERIC DOBBERSTEIN, ESQ.
DOBBERSTEIN LAW GROUP

JOB J. MILFORT, ESQ., Pro Hac Vice
PRIOLEAU, MILFORT & RIVERS, LLC

Attorneys for Plaintiff
ANNIE D. ELLISON

Dated: September 12, 2019

Respectfully submitted,

_____
SANDRA KETNER, ESQ.
LITTLER MENDELSON, P.C.

Attorney for Defendant
AMERICAN HOMES 4 RENT, LP

**ORDER**

**IT IS SO ORDERED.**

Dated: September 13, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE

## CERTIFICATE OF SERVICE

Pursuant to FRCP Rule 5(b), I certify that I am an employee of Dobberstein Law Group and that on this 13th day of September, 2019, I caused a true and correct copy of the foregoing **[PROPOSED] STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSIVE PLEADING TO DEFENDANT'S MOTION TO COMPEL ARBITRATION AND TO DISMISS PURSUANT TO RULE 12(B)(1) OR, ALTERNATIVELY TO STAY LITIGATION PENDING THE ARBITRATION [FIRST REQUEST]** to be served in the following method:

- ○ **(BY MAIL)** I caused a true copy of each document, placed in a sealed addressed envelope with postage fully paid to be placed for collection and mailing in the United States mail at my place of business, Las Vegas, Nevada.

- ● **(BY ELECTRONIC SERVICE)** by electronic filing with the Court delivering the document(s) listed below via E-file & E-serve (CM/ECF) filing system, upon each party in this case who is registered as an electronic case filing user with the Clerk or by email to the below-listed email addresses.

- ○ **(BY PERSONAL SERVICE)** I delivered each such document by hand to each addressee below.

SANDRA KETNER, ESQ.
LITTLER MENDELSON, P.C.
200 S. Virginia Street, 8th Floor
Reno, NV  89501-1944
sketner@littler.com
*Attorneys for Defendant AMERICAN HOMES 4 RENT, LP*

_____
An Employee of Dobberstein Law Group

3