SANDRA KETNER, ESQ., Bar # 8527
LITTLER MENDELSON, P.C.
200 S. Virginia Street
8th Floor
Reno, NV 89501.1944
Telephone: 775.348.4888
Fax No.: 775.786.0127
Email: sketner@littler.com

Attorneys for Defendant
AMERICAN HOMES 4 RENT, LP

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANNIE D. ELLISON,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>AMERICAN HOMES 4 RENT, LP,<br><br>　　　　　Defendant. | Case No. 2:19-cv-01137-JCM-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE A REPLY IN SUPPORT OF ITS MOTION TO COMPEL ARBITRATION AND TO DISMISS PURSUANT TO RULE 12(b)(1) OR, ALTERNATIVELY TO STAY LITIGATION PENDING THE ARBITRATION**<br><br>**[FIRST REQUEST]** |

　　　　Plaintiff ANNIE D. ELLISON ("Plaintiff") and Defendant AMERICAN HOMES 4 RENT, LP ("Defendant"), by and through their undersigned counsel, hereby agree and stipulate to a one (1) week extension of time for Defendant to file a Reply in Support of Its Motion to Compel Arbitration and to Dismiss Pursuant to Rule 12(b)(1) or, Alternatively to Stay Litigation Pending the Arbitration from the current deadline of October 8, 2019, up to and including **October 15, 2019**. The parties have agreed to the extension because Defendant's undersigned counsel will be on vacation from October 7-11, 2019.

///

4825-1436-4584.1 074188.1028

This is the first request for an extension of time and is made in good faith and not to cause unnecessary delay.

Dated: October 3, 2019

Respectfully submitted,

*/s/ Job J. Milfort*
ERIC DOBBERSTEIN, ESQ.
DOBBERSTEIN LAW GROUP

JOB J. MILFORT, ESQ.
PRIOLEAU, MILFORT, & RIVERS, LLC

Attorneys for Plaintiff
ANNIE D. ELLISON

Dated: October 3, 2019

Respectfully submitted,

*/s/ Sandra Ketner*
SANDRA KETNER, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
AMERICAN HOMES 4 RENT, LP

**ORDER**

**IT IS SO ORDERED.**

Dated: October 7, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE

LITTLER MENDELSON, P.C.
Attorneys At Law
200 S. Virginia Street
8th Floor
Reno, NV 89501.1944
775.348.4888

4825-1436-4584.1 074188.1028